**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Leer                    Rikki                    T.
      (Last)                  (First)                  (Initial)

Prisoner Number  AS1241

Institutional Address  P.O.Box 3030 A1-107

====================================================================

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Rikki Troy Leer                                    )
(Enter the full name of plaintiff in this action.) )
                                                   )  Case No. CV 14 3309
                    vs.                            )  (PR)
                                                   )  (To be provided by the Clerk of Court)
J. Goulart, San Mateo County -                     )
                                                   )  **COMPLAINT UNDER THE**
Sheriff's Office, et.al.                           )  **CIVIL RIGHTS ACT,**
                                                   )  **Title 42 U.S.C § 1983**
John Doe, Jane Doe, Respondents.                   )
                                                   )
                                                   )
(Enter the full name of the defendant(s) in this action) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  High Desert State Prison (HDSP)
          "       "  former:  place of the Incident: San Mateo County Jail
     B.   Is there a grievance procedure in this institution?

                 YES (x)      NO ( )

     C.   Did you present the facts in your complaint for review through the grievance procedure?

                 YES (x)      NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. There was not assigned an appeal number; date of the reciept is 8-24-12 Exhibit"A"

COMPLAINT                          - 1 -

1. Informal appeal **San Mateo Grievance Form in which the Correctional Staff member who assaulted this plaintiff answered the grievance form. However, the Correctiona Staff J.Goulart failed to address his inappropriate actions.**

2. First formal level **Watch Commander's response is "...your thoughts have been noted." See Exhibit "B"**

3. Second formal level **This plaintiff wrote his grievance to the Facility Commander and no acknowledgement from this staff was responded to.**

4. Third formal level **Unavailable.**

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (x)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. **Plaintiff wrote and documented the merits of these inappropriate actions by J.Goulart and contacted various inmates who did corroborate the facts that are indicated herein (see Exhibit "A thru D").**

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**Rikki T. Leer #AS1241, P.O.Box 3030 A1-Yard, Susanville, CA 96127**

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

**J. Goulart-Deputy San Mateo County Sheriff, et. al.,**

COMPLAINT          - 2 -

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Plaintiff was physically attacked from behind unproked by Deputy J. Goulart on July 13, 2012 in 4 East and there are a key list of witnesses (Exhibit"C") which did indicate to the investigating officials in order of the events which transpired on the date in question. While on duty the Deputy Goulart who was apparently having a bad day, attacked the plaintiff from behind whereby attacking him with the handcuffs as if they were brass knuckles. J. Goulart's behavior is in violation of P.C.147 inhumane and oppressive treatment of a prisoner. And as this plaintiff attempted to appeal/grieve this process there seem to be some collective consensus that these actions are the standard norm here and throughout the San Mateo County Sheriff's Office. Nevertheless, plaintiff ended in in ad-seg under grievious action by the respondent/defendant(s). All in an attempt to cover up the actions contained by the exhibits "A thru D".

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Plaintiff would ask this court for Declaratory relief declaring the policies enforced were in violation of Constitutional rights of cruel and unusual punishment; Compensatory relief in which the plaintiff would like to be compensated for the amount of $250,000

COMPLAINT                                    - 3 -

for pain and suffering in light of P.C.147 inhumane and oppressive treatment of this plaintiff and; injunctive relief in the simple fact that this Deputy and the defendants will not inflict these same injuries on other unsuspecting pre-trial detainees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __July__, 20__14__

__Rikk Lee__
(Plaintiff's signature)

COMPLAINT                                          - 4 -

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Rikki T. Leer
_____

**PLAINTIFF or PETITIONER**

v.

Case Number:

J.Goulart-Deputy, et. al.,
_____

**Defendant or Respondent**

## PROOF OF SERVICE

_____,

I hereby certify that on  July 10 , 20 14 , I served a copy of the attached  Complaint under the Civil Rights Act, Title 42 U.S.C § 1983 , by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at   HDSP                             :

| | |
|---|---|
| San Francisco U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3483 | Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004 |

I declare under penalty of perjury that the foregoing is true and correct.

_Rikki Leer_ (signature)

# San Mateo County Jail Facilities
# Inmate Grievance Form

**Routing:** *Staff Only*
- ☐ Administration    ☐ Other ____
- ☐ Classification    ____
- ☐ Medical
- ☐ Food Service

**Received:** *Staff Only*
Date 8-24-12
Time 1919
Facility MCF 3E
Deputy P. Codure

**To:** *(Watch Commander)* ____    **Date** 8/25/12.

**From:** *(Inmate's Name)* Rikk Leer    **Id#** 1149991    **Cell** 3L-10

**Grievance** *(Please be specific: time, date, etc.)* I was physically attacked from behind unprovoked by officer Goulard on July 13, 2012 in 4 east and there were at least 10 witnesses that have told investigating staff what happened and in what order yet he is still working here with plenty of opportunity to continue violating peoples Constitutional rights with impunity. Yet I was placed in Disciplinary Iso. Pen for 30 days, charged with a felony and a misdemeanor, then placed in administrative Segregation because I am "Assaultive and prone to assault staff". This treatment of a person that was wrongfully assaulted by someone that was a trained professional charged with upholding the law is totally biased and needs to be remedied. That same officer assaulted another man a few days prior to me and another man the same day as me yet he is still in a position to continue this behavior. Is this behavior that "normal procedure" that no "higher ups" are even curious as to what's going on? No Suspension pending an investigation? No reassignment to a place less populated to minimize his interaction with other possible victims?        END

**Inmate's Signature:** R.M. Lee

*Note: After you have finished and signed this form, take your GOLD copy for your records.*

**Staff member's response:** INMATE LEER, YOU FAILED TO FOLLOW ORDERS BY JAIL STAFF & PHYSICALLY RESISTED STAFF IN THE PERFORMANCE OF THEIR DUTIES. PLEASE FOLLOW JAIL RULES TO AVOID FURTHER LOSS OF PRIVILEGES. IN ADDITION, I REMIND YOU THAT JAIL RULE #9 PROHIBITS UNTRUTHFULNESS. THIS APPLIES TO WRITTEN GRIEVANCES ALSO. I SUGGEST YOU CONCENTRATE ON YOUR UPCOMING CASE INSTEAD OF THE SHERIFF'S OFFICE'S STAFFING CONCERNS.

**Signature:** J. Grant #642    **Date:** 8/25/12

Inmate Leer, this incident was witnessed by staff and uninvolved inmates. Several people were interviewed and provided detailed statements about your involvement. Based on those statements the District Attorney's Office charged you with a felony and you have an upcoming court date of 9-4-12 at 9 AM. You were served with a major rule violation for this criminal conduct on 7-19-12. You personally signed off on the 30 days on 3 West, which states "I do not contest the facts of the allegation. I accept the penalty and waive further hearing." I concur with staff response to this grievance.

**Signature:** ____    **Date:** 8/29/12

**Watch Commander:** YOUR THOUGHTS HAVE BEEN NOTED.

**Signature:** ____ #77    **Date:** 8/30/12

*White: File    Yellow: Response to Inmate    Pink: Staff    Gold: Inmate's Copy*

LETTER TO FACILITY COMMANDER
FOR GRIEVANCE APPEAL

EXHIBIT "B"

9/2/12

TO ATTN FACILITY COMMANDER:

THIS LETTER GOT NO RESPONSE IN WRITING BUT GOT DVR INTERVIEW WHEN NOT SURE WHERE FAR AS I KNOW. COP IS NOW BACK OUT ON STREET PATROL.

I am writing this letter to you because I wish to appeal the Watch Commander's decision on a Grievance I filed on 8/24/12. I got the yellow copy back in 9/1/12 morning mail call and am not satisfied with the responding officer's, Sergeant's or Watch Commander's response. J. Goviard responded by insinuating that I was lying. The next sign off was by I assume a Sergeant and he mentioned the fact that on 7/19/12 I was served with a major rule violation" for this criminal conduct" (what about the repercussions for the officer's criminal conduct?) Yes I personally signed off on the 30 days in C-side stating that I did not contest the facts of the allegation only due to the fact that I'm familiar with the write up process and its one sidedness and knew that no matter what I said I was gonna be found guilty and go to the hole. That is the only reason I accepted penalty and waived any further hearing. Then the Watch Commander stated that "My thoughts have been noted!" Obviously they have been noted but was anything done about them? They say "Several people were interviewed and provided detailed statement about your involvement" – I know for sure at least 15 people signed off on a petition that an inmate (Ken owens) initiated attesting to the fact that I was attacked from behind without reason from J. Goviard on 7/13/12 in 4 east. I didn't deserve this treatment nor is the continued housing in Administrative Segregation by any means fair. One officers unprofessional behavior shouldn't be allowed to continue and the Institution shouldn't be trying to pass it off on the victim. It happened. Deal with it in a way to ensure it

MR. KENNETH OWENS #290606 PASSED AROUND A PIECE OF PAPER ASKING FOR SIGNATURES FROM INMATES THAT WITNESSED THE ATTACK ON 7/13/2012. HERE IS A LIST OF THOSE WITNESSES. HE HAS THE ORIGINAL IN HIS POSSESSION. WILLING TO TALK TO YOU AND TESTIFY.

1. JOSE TAOUMA #1162960 — not sure about the spelling of their names
2. JOSE M. DALIDA #1110004 — but the #'s are right on my part
3. MARCELO CASTRO #1161498
4. ERNIE TRUJILLO #1161008
5. HENELI SALT #1142227
6. WOLFGANG LOPEZ #1140684
7. JAMES WALKER #1086039
8. EDDIE BOYCE #1153234
9. JOSE M. TORRES #1162012
10. MIKE CRONIN #1074537
11. DERRICK SIMPSON #1161914
12. DESHAWN SMITH #1075356
13. PATRICK SIM #1083243
14. ORLANDO RODRIGUEZ #1105886
15. JEREMIAH HOWARD #1162985
16. KENNETH OWENS #290606

(John Read) → THIS SAME COP ASSAULTED 3 PEOPLE IN 3 DAYS ON 4E IN JULY 2012.

DUDE IN 4E INITIATED THIS PETITION FOR PEOPLE WHO WITNESSED THE COP ATTACK ME FROM BEHIND UNECESSARILY WHEN I WAS ON MY WAY BACK TO MY CELL. THE INCIDENT WAS AND SHOULD OF BEEN OVER UNTIL HE PUT HIS HANDS ON ME.

I GOT THE LIST FROM THIS GUY WHEN HE CAME TO C SIDE LIKE 10 DAYS LATER FOR SAME OFFICER

(John Read) → I'M SURE THERE ARE MORE WHO WITNESSED

(John Read) → COP IN QUESTION HAS LONG HISTORY OF ASSAULTS AND ABUSE OF POWER CLAIMS EVEN GETTING SUSPENDED FROM STREET PATROL AND LOSING MAJOR $ SUIT LIKE 6 YRS AGO

(John Read) → STILL GOING TO COURT ON THIS CASE GETTING READY TO FILE PITCHESS MOTION

CHRIS COOK WITNESSED ALL AS WELL BUT COULDN'T SIGN DUE TO HE GOT PHYSICALLY ASSAULTED BY SAME DEPUTY AND ESCORTED OUT OF CELL HOUSE AS WELL.

THIS LIST WAS SHOWN TO CLASSIFICATION OFFICER COSTA BY OWENS. SHE SAYS SHE INTERVIEWED PEOPLE OFF THIS LIST BUT SUPPOSEDLY THEY DON'T HAVE STORIES THAT MATCH MR OWENS CHAIN OF EVENTS. YOU CAN TALK TO HIM ABOUT THAT. HE'S GOT ALL KINDS OF DOCUMENTATION AND IS WRITING HER UP FOR FALSIFYING DOCUMENTS AND LYING AND ATTEMPTING TO MINIMIZE EVENTS IN THEIR FAVOR.

ALSO DEP. VELKY WITNESSED DEP. GOULARD KNEE ME IN RIBS AND KNEE DROP ONTO MY BACK UNECESSARILY WHILE BEING HANDCUFFED WITHOUT ANY

chain of events leading up to the incident
involving myself and Deputy Goulard

**EXHIBIT "D"**

(MY STORY)  7/13/12

2 of 4  [marginal note]

I WROTE THIS ON DATE OF ASSAULT →

On Friday July 3th about 1:30 pm I (RIKKI LERR) GOT BUZZED on my 4 east Cell 9 Intercom by Deputy Goulard telling me and my celly (Kenneth Goss) to pack all of our stuff THAT WE WERE MOVING. I HAD BEEN housed in this cell Since January or February and for no reason that I know or was asked to move. I was then instructed to move into cell 6 and my celly was told he was to move into cell 28. Immediately upon entering into cell 6 I noticed feces on the floor, three walls, the side of the sink and the toilet, and the toilet seat itself. I exited the cell and asked Deputy Goulard for cleaning supplies and he replied, "Go into your cell and close the door. You'll be able to clean your cell at your Recreation time." I then asked him was that going to be before pm meal. He said Yes. I THEREFORE CLOSED THE CELL DOOR, TOOK OFF SHIRT, PANTS AND SOCKS AND CLEANED THE CELL WITH MY OWN SOAP AND MY OWN TOWEL UNTIL EVENING MEAL CAME (THE LOG BOOK WOULD HAVE EXACT TIMES OF MOVE AND MEAL TIME) AND IT WAS STILL FILTHY AND SMELLY. I was on LOWER A WING WHICH THE DEPUTIES REQUIRED TO GO OUT FIRST TO EAT. UPON MY CELL DOOR OPENING I WENT DIRECTLY TO THE POP SINK (located behind the deputy station) washed my hands with spork cleaner and still felt dirty so I located a spray bottle containing disinfectant and rewashed my hands and arms. I then took a hand towel and the spray back into my cell to finish cleaning it after pm meal. I THEN DRIED MY HANDS, went to the deputy station to retrieve my Diet tray as usual



Because they are kept seperate. I then walked over to the trash can and dumped all contents of my tray into the garbage then put my tray on the empty tray pile. It slid off the pile so I attempted to pick it up but the worker for that day (Patrick Sim) told me he would get it and picked it up and placed it on the stack for me. I then headed back to my cell. Officer Goulard said, "what the hell was that all about(Referring to me throwing away my meal)? My Reply was, "Fuck off" and kept moving towards my cell. I then went to the deputy station where Deputy Curley was standing and politely Requested to speak with a Sergeant. Deputy Goulard without giving Deputy Curley a chance to respond stated that I wasn't gonna speak to a Sergeant. So I again Requested them to call a SGT. Deputy GOULARD THEN CAME AROUND THE DEPUTY STATION TO STAND BESIDE ME, BROUGHT OUT HIS HANDCUFFS, AND TOLD ME ONCE AGAIN THAT I WASN'T GONNA SPEAK TO A SGT. THAT I NEEDED TO CUFF UP OR GO BACK TO MY CELL. I THOUGHT ABOUT WHERE THE SITUATION WAS AT AND WHERE IT WAS GOING TO QUICKLY, TOLD HIM HE WAS LUCKY, Turned around, and attempted to go back to my cell to lockdown. I made it about 7 or 8 steps and was either pushed or kicked in the middle of my back, knocking me into the wall. I was then tackled and punched in the back of the head several times knocking me to the floor. Officer Goulard Rode me down and Repeated striking me. I stood up with him still holding onto me then turned towards him while he was assaulting me. I again told



him I want to speak to a Sergeant. He pushed me up against the wall and started manhandling me towards my cell but went completely past my cell and pushed me into cell 7, down the wall, to the toilet, then bent me over backwards over the toilet. He then pushed up off of me then tried to lock me in the cell so I put my foot forward stopping the door from closing and locking. Deputy Goulard then opened it all the way ran at me back into the cell and backhanded me in the mouth with the bottom of the handcuffs he had in his hand (busting my lip and scratching my face). He then grabbed me again, pushed back off me, took a step or two back and attempted to kick me in the groin area. I deflected that so he once again grabbed me and pushed me backwards until I sat down on the bunk and he landed on top of me holding onto my left arm and hand. Officer Veley then came into the cell so Deputy Goulard got up off of me. Officer Veley Instructed me to turn around and cuff up. I complied. While Officer Veley was cuffing my left arm officer Goulard Grabbed hold of my right arm, bent it backwards, applied the cuffs THEN KNEED ME IN THE RIBS 2 or 3 times. I attempted to block that area from being assaulted so he then kneed me in the right side of my head and then double knee dropped onto my back in an attempt to inflict more unecessary damage. Deputy Veley then brought me to an intake cell and photographed my injuries then left. I didn't use my hands, feet, elbows, knees or head in anyway to cause injury to none of the deputies involved. At no time did I act

EXHIBIT "D-3"

aggressively towards any deputy to retaliate or prolong this attack. Some time after, I was tackled and pinned to ground, recall deputy Cooley attempting to grab one of my arms but it moved out of her reach to avoid her contact while I was still unsure of [illegible] her [illegible] intentions —          cor Pikh Sen # [illegible]