1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    RIKKI T. LEER,                          Case No.  14-cv-03309-DMR   (NJV)

                    Plaintiff,
8
                                             **REPORT OF PRO SE PRISONER**
9          v.                                **EARLY SETTLEMENT PROCEEDING**

10   J. GOULART,

                    Defendant.
11

12

13         A settlement conference was held on March 10, 2016 at Solano State Prison, and the

14   results of that proceeding are indicated below:

15         (1)  The following individuals, parties, and/or representatives participated in the

16             proceeding, and each possessed the requisite settlement authority:

17             ( X )  Plaintiff, Rikki T. Leer, Pro Se

18             (  )  Warden or warden's representative

19             (  )  Office of the California Attorney General

20             ( X )  Other:  David Silberman

21         (2) The following individuals, parties, and/or representatives did not appear:

22   _____

23         (3)  The outcome of the proceeding was:

24             ( X )  The case has been completely settled.

25             (  )  The case has been partially resolved and counsel for defendants shall file a joint

26   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

27   attached remain for this Court to resolve.

28             (  )  The parties are unable to reach an agreement at this time.

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2    Dated: 3/16/2016

3
_____
4    NANDOR J. VADAS
United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    RIKKI T. LEER,                           Case No.  14-cv-03309-DMR   (NJV)
              Plaintiff,
8
                                              **CERTIFICATE OF SERVICE**
9         v.
10   J. GOULART,
              Defendant.
11

12          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

13   District Court, Northern District of California.

14          That on March 16, 2016, I SERVED a true and correct copy(ies) of the attached, by

15   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17   receptacle located in the Clerk's office.

18

19   Rikki T. Leer ID: AS1241
     Shafter MCCF
20   1150 E. Ash Street
     Shafter, CA 93263
21

22   Dated: March 16, 2016

23
                                              Susan Y. Soong
24                                            Clerk, United States District Court
25
26
                                              By:_____
27                                            Gloria Knudson, Deputy Clerk to the
                                              Honorable NANDOR J. VADAS
28
                                              3

United States District Court
Northern District of California